JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
REBECCA A. KELLY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMIE M. GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>JAMIE M. GRAHAM,                 )<br>                                 )<br>           Defendant.            )<br>_____  ) | No.  2:13-mj-00004-CKD<br><br>STIPULATION AND ORDER<br><br><br>Date:  March 21, 2013<br>Time:  9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |

   The United States Attorney through his respective counsel, CHRIS CHANG, Special Assistant United States Attorney, and LINDA C. HARTER, attorney for JAMIE M. GRAHAM, and Certified Student Attorney, REBECCA A. KELLY, hereby stipulate to vacate the bench trial set for March 22, 2013 at 9:30 a.m. and set for a change of plea and sentencing.

   Accordingly, the parties jointly request that a change of plea and sentencing hearing be scheduled for March 21, 2013 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

| | | |
|---|---|---|
| 1 | Dated:  March 14, 2013 | Respectfully submitted, |
| 2 | | JOSEPH SCHLESINGER |
| 3 | | Acting Federal Defender |
| 4 | | |
| 5 | | /s/ Linda C. Harter |
| | | LINDA C. HARTER |
| 6 | | Chief Assistant Federal Defender |
| | | Attorney for Defendant |
| 7 | | JAMIE M. GRAHAM |
| 8 | | |
| 9 | | /s/ Rebecca A. Kelly |
| | | REBECCA A. KELLY |
| 10 | | Certified Student Attorney |
| 11 | Dated: March 14, 2013 | BENJAMIN B. WAGNER |
| 12 | | United States Attorney |
| 13 | | /s/ Chris Chang |
| | | CHRIS CHANG |
| 14 | | Special Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED: March 14, 2013            /s/Carolyn K. Delaney
                                 HON. CAROLYN K. DELANEY
                                 United States Magistrate Judge