JOSEPH SCHLESINGER, #87692
Acting Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
REBECCA A. KELLY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMIE M. GRAHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:13-mj-004-CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RE: |
| v.  ) | TELEPHONIC APPEARANCE |
| ) | |
| JAMIE M. GRAHAM, ) | |
| ) | Date: Thursday, March 21, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| _____ ) | |

　　　Pursuant to Local Rule 143, the United States of America, by and through its undersigned attorney, and the defendant, JAMIE M. GRAHAM, by and through her attorney, Linda C. Harter, hereby stipulate that JAMIE M. GRAHAM may appear telephonically at the Change of Plea and Sentencing, currently set for Thursday, March 21, 2013 at 9:30 a.m.

///

```
Dated:  March 14, 2013
                                        Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JAMIE M. GRAHAM


                                        BENJAMIN B. WAGNER
                                        United States Attorney



                                        /s/ Chris Chang
                                        CHRIS CHANG
                                        Special Assistant U.S. Attorney
```

**IT IS SO ORDERED.**

Dated: <u>March 14, 2013</u>

/s/Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge